904

No. 10–840. SHERPA v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 10–939. MUKAMAL, LIQUIDATING TRUSTEE AND DIRECTOR AND OFFICER TRUSTEE OF FAR & WIDE CORP., ET AL. v. BAKES ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–949. DAVIS v. HUMPHREY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–953. FIELD ET AL. v. MCMASTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–954. NASH v. MICHIGAN. Cir. Ct. Ingham County, Mich. Certiorari denied.

No. 10–956. EDGELL ET AL. v. MCKENNA. C. A. 6th Cir. Certiorari denied.

No. 10–958. CELANESE CORP. v. MARTIN K. EBY CONSTRUCTION CO., INC. C. A. 5th Cir. Certiorari denied.

No. 10–971. WOODARD v. WILSON COUNTY, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–982. KAMAU ET VIR v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 10–989. CHAHINE v. HOLDER, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 10–991. ISAKSON v. CUSTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–995. PENNSYLVANIA PRISON SOCIETY v. CORTES, SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–1025. MAUER v. MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 10–1037. GREAT WESTERN MINING & MINERAL CO. v. FOX ROTHSCHILD LLP ET AL. C. A. 3d Cir. Certiorari denied.